No. 571. SHECKLES *v.* COMMISSIONER OF INTERNAL REVENUE;
No. 572. WOODRING-MEYER LUMBER Co. *v.* SAME;
No. 573. W. A. CARNES *v.* SAME;
No. 574. PAULUS *v.* SAME;

No. 575. PECK WELHAUSEN *v.* SAME;
No. 576. S. A. CARNES *v.* SAME;
No. 577. FETTERLY *v.* SAME;
No. 578. C. C. WELHAUSEN *v.* SAME; and
No. 579. MEYER, EXECUTOR, *v.* SAME. December 20, 1937. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Camden R. McAtee* for petitioners. *Solicitor General Reed, Assistant Attorney General Morris,* and *Mr. Sewall Key* and *Louise Foster* for respondent. Reported below: 91 F. (2d) 192.